IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Kenya Jermaine Thompson, | ) | Cr. No. 3:06-2285-MJP |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | **ORDER AND OPINION** |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Kenya Jermaine Thompson seeks to appeal this court's order denying his motion for relief pursuant to 28 U.S.C. § 2255. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court has reviewed the record and concludes that Thompson has not made the requisite showing. Accordingly, Thompson's motion for certificate of appealability is DENIED.

**IT IS SO ORDERED.**

s/Matthew J. Perry, Jr.
Matthew J. Perry, Jr.
Senior United States District Judge

January 20, 2010
Columbia, South Carolina